FRANEY, Appellant, v. SMITH et al., Respondents.

*(Supreme Court, General Term, Fourth Department. April, 1891.)*

Action by John Franey against Herman T. Smith and others.

No opinion. Motion denied, without costs. Order affirmed, without costs.

---

GARDENIER, Appellant, v. ELDRED, Respondent.

*(Supreme Court, General Term, Fourth Department. April, 1891.)*

Action by Wilson H. Gardenier against Hiram Eldred.

No opinion. Order modified by striking therefrom all that portion decla - ing the appellant guilty of misconduct, and awarding an attachment, and, as modified, affirmed, without costs of this appeal to either party.

---

GARDENIER, Respondent, v. NORTHRUP, Appellant.

*(Supreme Court, General Term, Fourth Department. April, 1891.)*

Action by Leonard Gardenier against George H. Northrup.

No opinion. Order reversed, with $10 costs and disbursements.

---

McCOWAN, Respondent, v. SULLIVAN et al., Appellants.

*(Supreme Court, General Term, Fourth Department. April, 1891.)*

Action by Mary E. McCowan against John Sullivan and others.

No opinion. Judgment and order affirmed, with costs.

---

McQUIGAN, Respondent, v. DELAWARE, L. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department. April, 1891.)*

Action by Michael McQuigan against the Delaware, Lackawanna & Western Railroad Company.

No opinion. Order affirmed, with $10 costs and disbursements.

---

MALCOLM, Respondent, v. MANHATTAN RY. Co. et al., Appellants.

*(Supreme Court, General Term, First Department. October 16, 1891.)*

Appeal from special term, New York county.

Action by James F. Malcolm against the Manhattan Railway Company and the New York Elevated Railroad Company for injuries to plaintiff's property. There was judgment for plaintiff granting an injunction *nisi*, and defendants appeal.

Argued before VAN BRUNT, P. J., and DANIELS and INGRAHAM, JJ.

*Davies, Short & Townsend,* (*Julien T. Davies* and *Joseph E. Lord,* of counsel,) for appellants. *Peckham & Tyler,* (*E. W. Tyler,* of counsel,) for respondent.

PER CURIAM. All the questions of any moment involved in this appeal have already been frequently passed upon by this court, and it is not necessary now to rediscuss them. Upon an examination of the evidence in respect to the amount of damages awarded, no injustice to the defendants appears to have been done. The theory which is attempted to be asserted, that the defendants are entitled to be credited with benefits, has been heretofore sufficiently discussed, so as not to need further elaboration. The judgment should be affirmed, with costs.